**Paul Allen BROWN, Plaintiff–**
**Appellant,**

v.

**Stacy KIMBERLIN; Anthony Freeman;**
**Dennis Hendricks; Frank Crippen;**
**George Fong; Richard Seward, Defendants–Appellees.**

No. 06–40906
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

June 14, 2007.

Paul Allen Brown, Huntsville, TX, pro se.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Paul Allen Brown, Texas prisoner # 1135724, appeals from the district court's denial of his motion for appointment of counsel. Brown has failed to brief the issue of his entitlement to counsel and has therefore waived the only issue before this court. *See Brinkmann v. Dallas County Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir.1987).

APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

